UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-585-RJC-DCK

| ANGELIQUE LANDRY, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF CHARLOTTE, CHARLOTTE-MECKLENBURG POLICE DEPARTMENT, RODNEY MONROE, M.L. RORIE, and MICHAEL LEE ROBERTS, | ) | ORDER |
| Defendants. | ) | |

**THIS MATTER** comes before the Court upon Defendant Michael Lee Roberts's motion to dismiss (Doc. No. 19), and the Magistrate Judge's Memorandum & Recommendation ("M&R) recommending that the Motion to Dismiss be denied. (Doc. No. 20). Neither party filed objections to the M&R.

## I. STANDARD OF REVIEW

The Federal Magistrate Act provides that "a district court shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). "By contrast, in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Similarly, de novo review is not required by the statute "when a party makes

general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. Thomas v. Arn, 474 U.S. 140, 149 (1985); Camby, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, the Court has reviewed the Magistrate Judge's M&R and the record accordingly.

## II. FACTUAL BACKGROUND

Neither party objects to the findings of fact as set forth in the M&R; this Court therefore adopts the facts as set forth in the M&R for purposes of resolving these motions.

## III. DISCUSSION

The Magistrate Judge properly found that the defendant's two-sentence "motion," which was not accompanied by a supporting brief, failed to meet the requirements of Local Rule 7.1(C). No objections were filed, and the Court thus adopts the M&R and the defendant's motion to dismiss is **DENIED** without prejudice.

## IV. CONCLUSION

**IT IS, THEREFORE, ORDERED that:**

1. The M&R (Doc. No. 20) is adopted.

2. Defendant Michael Lee Roberts's Motion to Dismiss Complaint (Doc. No. 19) is **DENIED** without prejudice.

Signed: September 21, 2011

Robert J. Conrad, Jr.
Chief United States District Judge