UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-00585-RJC-DCK

| | |
|---|---|
| ANGELIQUE LANDRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHARLOTTE, CHARLOTTE- )<br>MECKLENBURG POLICE DEPARTMENT, )<br>RODNEY MONROE, M.L. RORIE, and )<br>MICHAEL LEE ROBERTS, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte. Local Rule 16.1(A) states that "[a]s soon as is practicable, and in any event not later than fourteen (14) days from joinder of the issues (as defined in Section (D) below), the parties or their counsel shall confer as provided by FED. R. CIV. P. 26(f), and conduct an 'Initial Attorney's Conference' ('IAC')." See also FED. R. CIV. P. 16(b), 26(f). Section (D) of Local Rule 16.1 defines "joinder of the issues" to include when "the final answer to a complaint" has been filed, "or the time for doing so has expired." Pursuant to Local Rule 16.1(B), "[w]ithin seven (7) days of the IAC, the parties shall complete and file the Certification of Initial Attorney's Conference ('CIAC'), which shall include a proposed discovery plan."

The parties have not filed a CIAC with this Court. On September 21, 2011, this Court issued a Notice to all parties requiring them to conduct an initial attorney's conference, or IAC, within 14 days and to file their CIAC within 7 days of the conference. On November 8, 2011, this Court issued an Order warning Plaintiff that if she did not file a CIAC within 14 days, her claims against the defendants would be dismissed for lack of prosecution. See FED. R. CIV. P.

41(b). The time has now expired and Plaintiff still has not filed a CIAC. Based on the foregoing, it appears that Plaintiff no longer wishes to pursue this action.

**IT IS, THEREFORE, ORDERED** that all of Plaintiff's claims against all defendants in this case are hereby **DISMISSED with prejudice**. See Reizakis v. Loy, 490 F.2d 1132 (4th Cir. 1974).

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge