# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Angelique Landry,

       Plaintiff,                                  JUDGMENT IN A CIVIL CASE

vs.                                                   3:10-cv-585-RJC

City of Charlotte, et al,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                                Signed: November 29, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court